**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**
**111 Locust Street, Office 320**
**Des Moines, Iowa 50309**
**www.iasb.uscourts.gov**

In the Matter of: Case No. 25−02206−lmj7
Heather Rene Varvel

Debtor(s)

# NOTICE OF RECOVERY OF ASSETS AND BAR DATE FOR FILING CLAIMS

The trustee has recovered assets. Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address above. The deadline to file a proof of claim appears in the following docket text:

**Notice to File Claims Filed by Trustee Charles Smith. Proofs of Claims due by 11/5/2026. (Smith, Charles)**

Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

A Proof of Claim may be filed electronically at the court's web site at www.iasb.uscourts.gov.
Select Debtors/Creditors tab, Select Electronic Filing of Proof of Claim, and follow the on−line instructions.

A Proof of Claim form may be filed and can be obtained at the same web site or at any bankruptcy clerk's office.

**Any creditor who has filed a proof of claim already need not file another proof of claim.**

Megan R. Weiss
Clerk, U.S. Bankruptcy Court